UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:00-CR-127-F1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KENYATTA DUPREE ROCHELLE, | ) | |
| Defendant. | ) | |

This matter is before the court on Mr. Rochelle's letter motion [DE-28] requesting that the court amend or postpone his obligation to pay his fine. In his letter,[1] Mr. Rochelle contends that his term of imprisonment will end soon and he needs to save any money his family places in his prison account for his release.

Mr. Rochelle's judgment reads, in relevant part, "Payment of the total fine and other criminal monetary penalties shall be due and payable in full immediately." Judgment [DE-14] at 6. Mr. Rochelle's fine is due in full immediately. This court may only modify a judgment in in extraordinary circumstances. Fed. R. Crim. Pro. 35. That Mr. Rochelle needs to save money prior to release from prison does not qualify as an extraordinary circumstance. Mr. Rochelle's letter motion [DE-30] is therefore DENIED.

SO ORDERED.

This, the 24 day of May, 2013

JAMES C. FOX
Senior United States District Judge

---

[1] For the record, Mr. Rochelle's letter is deemed a motion for a modification of fine.